IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ENVIRONET, LLC ,      )                        CIVIL ACTION NO. 4:20-cv-11733-TSH
        Plaintiff,     )
                             )
V                         )
                             )
ERNST & YOUNG, LLP,   )
        Defendant.    )

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### (FED. R. CIV. P. 41(a)(1)(A)(i))

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff voluntarily dismisses this action without prejudice, specifically reserving its right to pursue this action in another forum and/or to refile at a later date.

Plaintiff,
EnviroNet, LLC,
by its attorneys,

/s/ Jonathan A. Karon
_____

Jonathan A. Karon
BBO # 549450
jkaron@kjclawfirm.com
KJC Law Firm, LLC
10 Tremont Street, 5th Floor
Boston, MA 02108
617-720-8447

/s/  Kathy Jo Cook

_____

Kathy Jo Cook
BBO # 631389
kjcook@kjclawfirm.com
KJC Law Firm, LLC
10 Tremont Street, 5th Floor
Boston, MA 02108
617-720-8447

/s/  Timothy Wilton

_____

Timothy Wilton
BBO # 530120
twilton@kjclawfirm.com
KJC Law Firm, LLC
10 Tremont Street, 5th Floor
Boston, MA 02108
617-720-8447